ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAYMUNDO ELIZONDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5197 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREON |
| vs. | |
| RAYMUNDO ELIZONDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, Raymundo Elizondo, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that the hearing now set for April 25, 2005, be continued to May 16, 2005, at 1:30 p.m.  It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1)   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  (2) Title 18, United States Code, Section
2  3161(h)(8)(B)(ii): that is unreasonable to expect
3  adequate preparation for pre-trial proceedings or for
4  the trial itself with the time limits established due
5  to the complexity of the case.

6                              Respectfully submitted,

8 Dated: April 20, 2005

9                                  /s/ Anthony P. Capozzi
                                   ANTHONY P. CAPOZZI,
10                                 Attorney for Defendant,
11                                 Raymundo Elizondo

14 Dated:  April 20, 2005
                                   /s/ Marlon Cobar
15                                 Marlon Cobar
                                   Assistant United States Attorney

- 2 -

Stipulation for Continuance
04-5197 OWW

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for April 25, 2005, is vacated and continued to May 16, 2005, at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  April 21, 2005

/s/ OLIVER W. WANGER
_____
Honorable Oliver W. Wanger
United States District Court Judge