ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAYMUNDO ELIZONDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:04-cr-5197 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREON |
| vs. | ) |
| RAYMUNDO ELIZONDO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, Raymundo Elizondo, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that the hearing now set for May 16, 2005, be continued to June 13, 2005, at 1:30 p.m.  It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

    (1)    Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

1     (2)    Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 11, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
Raymundo Elizondo

Dated:  May 11, 2005

/s/ Marlon Cobar
Marlon Cobar
Assistant United States Attorney

1 **ORDER**

3     IT IS SO ORDERED.  Good cause having been shown, the hearing set for May 16, 2005, is vacated and continued to June 13, 2005, at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  May 11___, 2005

/s/ OLIVER W. WANGER

_____
Honorable Oliver W. Wanger
United States District Court Judge